IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL ACTION NO. |
| | : | 1:09-cr-00395-JOF-JFK-1 |
| Eddie Rivera-Pabon, | : | |
| Defendant. | : | |

## ORDER

This matter is before the court on Defendant's motion to suppress [23]; the Report and Recommendation of Magistrate Judge Janet F. King [45]; and Defendant's objections thereto [54].

Having read and considered the Report and Recommendation of the Magistrate Judge, it is ADOPTED [45] as the ORDER of the court. The court DENIES Defendant's motion to suppress [23].

**IT IS SO ORDERED** this 21st day of December 2010.

/s J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)